JOHN D. EARLY, SBN 166668
E-mail: earlylaw@cox.net
LAW OFFICE OF JOHN D. EARLY
15333 Culver Drive, #340-141
Irvine, California 92604
Tel./Fax:     (949) 551-2339

FRANK J. COUGHLIN, SBN 164851
Email: frank.coughlin@rwclegal.com
Ruzicka, Wallace & Coughlin, LLP
1551 N. Tustin Avenue, Suite 480
Santa Ana, CA 92705
Tel.: (714) 558-7886/Fax: (714) 558-7612

Attorneys for Plaintiff
Pegasus Hava Tasimciligi A.S.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| PEGASUS HAVA TASIMCILIGI A.S., a Joint Stock Company Organized under the Laws of Turkey,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL LEASE FINANCE CORPORATION, a California Corporation, and DOES 1-5, inclusive,<br><br>Defendants. | CASE NO.  2:15-CV-04522-JFW (AGRx)<br><br>[Related to CASE NO.  2:15-CV-05944-JFW (AGRx)]<br><br>**ORDER OF VOLUNTARY DISMISSAL**<br><br>**[F. R. CIV. PROC. 41(a)(1)(A)(ii)]** |

ORDER OF DISMISSAL

WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Pegasus Hava Tasimciligi A.S and Defendant International Lease Finance Corporation have executed and filed a stipulation to dismiss the action with prejudice;

Having considered the Stipulation by the parties and finding that good cause exists:

IT IS HEREBY ORDERED that the Complaint is hereby dismissed with prejudice.

Dated: July 20, 2016   _____
The Honorable Judge John F. Walter
United States District Court Judge